JOHN C. ULIN (State Bar No. 165524)
john.ulin@aporter.com
ERIC D. MASON (State Bar No. 259233)
eric.mason@aporter.com
ARNOLD & PORTER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017-5844
Telephone: (213) 243-4000
Facsimile: (213) 243-4199

LOUIS S. EDERER (Pro Hac Vice)
louis.ederer@aporter.com
ARNOLD & PORTER LLP
399 Park Avenue
New York, New York 10022
Telephone: (212) 715-1000
Facsimile: (212) 715-1399

*Attorneys for defendant and counterclaimant Sweet People Apparel, Inc. d/b/a Miss Me and defendant The Buckle, Inc.*

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHROME HEARTS, LLC, a Delaware Limited Liability Company;<br><br>          Plaintiff,<br>  v.<br><br>SWEET PEOPLE APPAREL, INC., a California Corporation d/b/a MISS ME; THE BUCKLE, INC., a Nebraska Corporation; and DOES 1-10, inclusive,<br><br>          Defendants.<br><br>SWEET PEOPLE APPAREL, INC., a California Corporation d/b/a MISS ME;<br><br>          Counterclaimant,<br>  v.<br><br>CHROME HEARTS, LLC, a Delaware Limited Liability Company;<br><br>          Counter-defendant. | Case No. CV-10-10055 (RGK) (AGRx)<br><br>**[PROPOSED] ORDER DISMISSING: (1) CHROME HEARTS, LLC'S CLAIMS AGAINST SWEET PEOPLE APPAREL, INC. AND THE BUCKLE, INC. AND (2) SWEET PEOPLE APPAREL, INC.'S COUNTERCLAIMS AGAINST CHROME HEARTS, LLC** |

WHEREAS, on the terms set forth in their Stipulation Requesting Dismissal of: (1) Chrome Hearts, LLC ("Chrome Hearts")'s claims against Defendant and Counterclaimant Sweet People Apparel, Inc. d/b/a Miss Me ("Sweet People") and Defendant The Buckle, Inc. ("The Buckle"), and (2) Sweet People's counterclaims against Chrome Hearts (the "Stipulation of Dismissal"), Chrome Hearts, Sweet People and The Buckle seek dismissal of the claims against each other, and good cause appearing therefor:

**ORDER**

**IT IS HEREBY ORDERED** that:

1. Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Chrome Hearts' claims asserted in the Complaint against Sweet People and The Buckle are dismissed with prejudice.

2. Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Sweet People's counterclaims against Chrome Hearts are dismissed with prejudice.

3. Chrome Hearts, Sweet People and The Buckle will each bear its own costs and attorneys' fees.

SO ORDERED, ADJUDGED AND DECREED this 18th day of October, 2011.

_____
JUDGE R. GARY KLAUSNER, U.S.D.J.